THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY BRYANT, Appellant.—

No opinion. Beldock, P. J., Kleinfeld, Brennan, Rabin & Hopkins, JJ., concur.